MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Aarick C. Asmus

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Department of the Treasury
IRS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:23-cv-12652
Assigned To : Borman, Paul D.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/20/2023
Description: CMP ASMUS V. IRS (NA)

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Aarick C Asmus
Street Address: 11581 W Irish Line Rd
City and County: Brimley
State and Zip Code: MI, 49715
Telephone Number: (906) 630-5589
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: IRS
Job or Title (if known):
Street Address: 8701 S Gessner Road Suite 750, Stop 8000 HAL
City and County: Houston
State and Zip Code: TX 77074-2944
Telephone Number: (281) 721-7298
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Public Law 73-10 HJR 192

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Aarck C Asmus,
    is a citizen of the State of *(name)* Michagin.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____,
    is incorporated under the laws of the State of *(name)*
    _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
    The defendant, *(name)* IRS, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$23.76 million Unified tax credit for two calendar years 2021 + 2023 under public law 73-10 H)R 192.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Under public law 73-10 H)R 192. Also under publication 1212. Nominee I am in fact. I have also filed my UCC1-308 and an internationally regestered, which I will attach.

5

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am entitled to my Unified tax credit. Under public law 73-10 H)R 192. For a total of $23.76 million dollars. And my court costs.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 15, 2023.

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff Aarick C. Asmus

FILE FOR RECORD - THIS IS INTERNATIONAL NOTICE

RETURN TO:
Aarick Chad Asmus- Without Prejudice   UCC 1 - 308
11581 West Irish Line Road
Brimley, Michigan 49715
Non domestic
Without the United States
*Not in any federal zone, territory, possession, enclave, etc.,*
*and not subject to the jurisdiction of the United States, et al.*

Chippewa County Courthouse
319 Court Street
Sault Ste Marie, Michigan 49783

NOTICE OF DECLARATION IN THE FORM
OF A COMMERCIAL AFFIDAVIT OF TRUTH

NOTICE OF COMMON LAW COPYRIGHT,
COPY CLAIM, TRADEMARK

This Declaration is made without prejudice:

Re: the art work "AARICK CHAD ASMUS", any/all derivatives thereof.

I/Me/Myself/Us/We/Ourselves, Aarick Chad Asmus, the undersigned affiant, a living ▓▓ upon the land of Michigan, and not a corporation or legal fiction, etc., born upon the land in Michigan, in the united states of America on September 10, 1977 declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1. This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce truth is sovereign. Truth is best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of Michigan.

2. I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3. The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Chippewa County Recorder, in the state of Michigan.

4. The person and name known as AARICK CHAD ASMUS, and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an intentional commercial Fraud created by the alleged de facto government officials and agents of the nul tiel COMMERCIAL CORPORATION(s) doing business as, but not limited to; the UNITED STATES, USA, US, GOVERNMENT OF WASHINGTON DC, DISTRICT OF COLUMBIA (including any agencies/persons claiming jurisdiction over any US territories, possessions, enclaves, etc.), et al, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (IRS), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (BATF), FEDERAL BUREAU OF INVESTIGATION (FBI), DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY (CIA), NATIONAL SECURITY AGENCY (NSA), AMERICAN BANKING ASSOCIATION (ABA), AMERICAN BAR ASSOCIATION (ABA), STATE OF TEXAS, STATE OF FLORIDA, STATE OF MICHIGAN, etc., with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL CITY(IES). The FICTION is created for the purpose of disenfranchising the living ▓▓, Aarick Chad Asmus of ▓ life, liberty, property and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5. A copyright, copy-claim and trademark is hereby placed on the art "AARICK CHAD ASMUS"© and any/all derivatives thereof.

Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the art "AARICK CHAD ASMUS"©, shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for fees, damages and penalties as follows:

Aarick Chad Asmus      Declaration of Copyright for AARICK CHAD ASMUS©      Page 1 of 3

1. Any usage shall incur a debt of $15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2. Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3. Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist.

Anyone placing the copyrighted, copy-claimed and trademarked "AARICK CHAD ASMUS"© or any derivations thereof on any document which is in any way associated with Me, the living soul, Aarick Chad Asmus, shall, by such document acting prima facie as evidence of violation, become liable for penalties payable in legal and lawful tender of:

a. Ten ($10.00) dollars US silver coin per day until Notice is delivered:
b. One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;
c. One thousand ($1,000.00) dollars US silver coin per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,
d. Notice will be based upon the records of the commercial business that affects delivery.

"AARICK CHAD ASMUS"© is the perfected proprietary security for the living soul Aarick Chad Asmus, under original common law for one hundred (100) years and is private property for the protection of My estate, life, liberty, and property.

Unauthorized possession or use of "AARICK CHAD ASMUS"© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by prison and fine.

Any use of "AARICK CHAD ASMUS"© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of My estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

Placement of "AARICK CHAD ASMUS"© on any document associated in any manner with My estate or Me, Aarick Chad Asmus, without My written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I/Me/Myself/Us/We/Ourselves, Aarick Chad Asmus, am not an expert in the law, however, I do know right from wrong. If there is any living man that is being unjustly damaged by any statements herein, he/she will inform Me by facts in the form of a **signed and sworn Affidavit**. Therefore, I hereby and herein reserve the right to amend and make amendment to the attached Instrument as necessary in order that the truth may be ascertained and proceedings justly determined. If any living soul has information that will controvert and overcome this signed and sworn Declaration in this commercial matter, you must advise Me of the facts in the form of a **signed and sworn Commercial Affidavit** within ten (10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of law that this affidavit by Declaration is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due, payable and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me for violation of My Private Property and for breach of the law, the contract, the Constitutions, in the amount of the sum certain stated herein of two million five hundred fifty thousand ($ 2,550,000.00) dollars specie of Gold coin or lawful coinage of the united States as defined by Article I, Section 10 of the Constitution of We the People for the united States of America and will be due, payable on the eleventh day, and any day there after as use occurs after filing by Me, in the public records of the county of Chippewa county, in the Michigan Republican state.

Notice to the agent is notice to the principal. Notice to all agents of the State of Michigan and all subdivisions thereof is made by the filing of this document with the Chippewa County Recorder, Michigan.

Further affiant sayeth not!

ALL RIGHTS RESERVED,
FOR COPY-CLAIM the art " AARICK CHAD ASMUS"© and any/all derivatives thereof.

By <u>Aarick Chad Asmus</u>
Debtor, Grantor


ACCEPTANCE
By _____ no dolus
Honourable , Aarick Chad Asmus living soul, sui juris, Agent, a lawful ▮▮▮ and article 9 entity.

This document prepared by Aarick Chad Asmus

### ACKNOWLEDGMENT/NOTARY

Chippewa County Courthouse
Michigan
united states of America
*original jurisdiction*

The above affiant, personally known to Me, or proved to Me on the basis of satisfactory evidence, to be the one whose address (Aarick Chad Asmus) and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and not misleading.

Duly subscribed and sworn on this __6th__ day of __February__, 2023.

X_____      (seal)
Notary Public

```
STEVEN WOODGATE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CHIPPEWA
My Commission Expires September 19, 2025
```

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case: 2:23-cv-12652
Assigned To : Borman, Paul D.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 10/20/2023
Description: CMP ASMUS V. IRS (NA)

## I. (a) PLAINTIFFS

DEFENDANTS: IRS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*   Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / PERSONAL PROPERTY [ ] 370 Other Fraud | LABOR | [ ] 840 Trademark [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / Habeas Corpus: [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | IMMIGRATION | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / Other: [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights [ ] 555 Prison Condition [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause: Unified tax credit

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?    ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.       Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

   Notes :

Aaron Asmus
11551 W Brighton Rd
Brimley, MI 49715

U.S. POSTAGE PAID
FCM LG ENV
BRIMLEY, MI 49715
OCT 16, 2023
$1.35
R2308M154766-03

Retail
RDC 99
48226

United States District Court
Eastern District of Michigan
Office of The Clerk
Theodore Levin US Courthouse
231 West Lafayette Blvd - Rm 564
Detroit, MI 48226