November 15, 2023

F I L E D
NOV 2 2 2023
CLERK'S OFFICE
DETROIT

RECEIVED
NOV 2 0 2023
PAUL D. BORMAN
U.S. DISTRICT JUDGE

Affidavit of Truth:

Dear Paul D. Borman US District Judge:

I, Aarick C. Asmus, am responding to the dismissal of my complaint. I was not informed as to the amount of court costs in registering my request for a hearing against the IRS.

I requested a federal judge instead of a magistrate.  After sending in my affidavit of truth, I received a letter of dismissal, dismissing the complaint  apparently from nonpayment of court fees that were not listed in the previous letter.

I need case number 23-CV-12652 to be reopened.  I will then pay the court costs.

Enclosed is another copy of my UCC1-308 which was previously sent.

Thank you.

Sincerely,

Aarick C. Asmus



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARICK C. ASMUS,

                Plaintiff,

v.

DEPARTMENT OF TREASURY, *et al.*,

                Defendants.

                Case No. 23-cv-12652

Paul D. Borman
United States District Judge

/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

On October 20, 2023, Plaintiff Aarick C. Asmus, proceeding *pro se*, filed a Complaint in this case against the Department of Treasury and IRS. (ECF No. 1.) Plaintiff did not pay the filing fee and did not submit a form to proceed without payment of the filing fee.

Accordingly, October 20, 2023, the Clerk entered a Notice of Filing Fee Not Paid (ECF No. 3), directing that Plaintiff either pay the filing fee or file an application to proceed *in forma pauperis* within fourteen days of the Notice (by November 3, 2023). The Notice expressly warned Plaintiff that if he did not comply, "this case may be dismissed." (*Id.*)

Plaintiff has not paid the filing fee or filed an application to proceed *in forma pauperis* as directed by the Court's October 20, 2023, Order. Accordingly, this case

is DISMISSED WITHOUT PREJUDICE for lack of prosecution and failure to

comply with the Court's Order. E.D. Mich. LR 41.2.

IT IS SO ORDERED.

s/Paul D. Borman

Paul D. Borman
United States District Judge

Dated: November 8, 2023



FILE FOR RECORD - THIS IS INTERNATIONAL NOTICE

RETURN TO:
Aarick Chad Asmus- Without Prejudice   UCC 1 - 308
11581 West Irish Line Road
Brimley, Michigan 49715
Non domestic
Without the United States
*Not in any federal zone, territory, possession, enclave, etc.,*
*and not subject to the jurisdiction of the United States, et al.*

Chippewa County Courthouse
319 Court Street
Sault Ste Marie, Michigan 49783

NOTICE OF DECLARATION IN THE FORM
OF A COMMERCIAL AFFIDAVIT OF TRUTH

NOTICE OF COMMON LAW COPYRIGHT,
COPY CLAIM, TRADEMARK

This Declaration is made without prejudice:

Re: the art work "AARICK CHAD ASMUS", any/all derivatives thereof.

I/Me/Myself/Us/We/Ourselves, Aarick Chad Asmus, the undersigned affiant, a living ▇▇ upon the land of Michigan, and not a corporation or legal fiction, etc., born upon the land in Michigan, in the united states of America on September 10, 1977 declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1. This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce truth is sovereign. Truth is-best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of Michigan.

2. I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3. The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Chippewa County Recorder, in the state of Michigan.

4. The person and name known as AARICK CHAD ASMUS, and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an intentional commercial Fraud created by the alleged de facto government officials and agents of the nul tiel COMMERCIAL CORPORATION(s) doing business as, but not limited to; the UNITED STATES, USA, US, GOVERNMENT OF WASHINGTON DC, DISTRICT OF COLUMBIA (including any agencies/persons claiming jurisdiction over any US territories, possessions, enclaves, etc.), et al, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (IRS), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (BATF), FEDERAL BUREAU OF INVESTIGATION (FBI), DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY (CIA), NATIONAL SECURITY AGENCY (NSA), AMERICAN BANKING ASSOCIATION (ABA), AMERICAN BAR ASSOCIATION (ABA), STATE OF TEXAS, STATE OF FLORIDA, STATE OF MICHIGAN, etc., with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL CITY(IES). The FICTION is created for the purpose of disenfranchising the living ▇▇, Aarick Chad Asmus of ▇ life, liberty, property and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5. A copyright, copy-claim and trademark is hereby placed on the art "AARICK CHAD ASMUS"© and any/all derivatives thereof.

Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the art "AARICK CHAD ASMUS"©, shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for fees,damages and penalties as follows:

1. Any usage shall incur a debt of $15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2. Failure to correct the unjust usage in a timely manner upon notice will result in the additional penalty of $1,000.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3. Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist.

Anyone placing the copyrighted, copy-claimed and trademarked "AARICK CHAD ASMUS"© or any derivations thereof on any document which is in any way associated with Me, the living soul, Aarick Chad Asmus, shall, by such document acting prima facie as evidence of violation, become liable for penalties payable in legal and lawful tender of:

a. Ten ($10.00) dollars US silver coin per day until Notice is delivered:
b. One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;
c. One thousand ($1,000.00) dollars US silver coin per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,
d. Notice will be based upon the records of the commercial business that affects delivery.

"AARICK CHAD ASMUS"© is the perfected proprietary security for the living soul Aarick Chad Asmus, under original common law for one hundred (100) years and is private property for the protection of My estate, life, liberty, and property.

Unauthorized possession or use of "AARICK CHAD ASMUS"© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by prison and fine.

Any use of "AARICK CHAD ASMUS"© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of My estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

Placement of "AARICK CHAD ASMUS"© on any document associated in any manner with My estate or Me, Aarick Chad Asmus, without My written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I/Me/Myself/Us/We/Ourselves, Aarick Chad Asmus, am not an expert in the law, however, I do know right from wrong. If there is any living man that is being unjustly damaged by any statements herein, he/she will inform Me by facts in the form of a **signed and sworn Affidavit.** Therefore, I hereby and herein reserve the right to amend and make amendment to the attached Instrument as necessary in order that the truth may be ascertained and proceedings justly determined. If any living soul has information that will controvert and overcome this signed and sworn Declaration in this commercial matter, you must advise Me of the facts in the form of a **signed and sworn Commercial Affidavit** within ten (10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of law that this affidavit by Declaration is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due, payable and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me for violation of My Private Property and for breach of the law, the contract, the Constitutions, in the amount of the sum certain stated herein of two million five hundred fifty thousand ($ 2,550,000.00) dollars specie of Gold coin or lawful coinage of the united States as defined by Article I, Section 10 of the Constitution of We the People for the united States of America and will be due, payable on the eleventh day, and any day there after as use occurs after filing by Me, in the public records of the county of Chippewa county, in the Michigan Republican state.

Notice to the agent is notice to the principal. Notice to all agents of the State of Michigan and all subdivisions thereof is made by the filing of this document with the Chippewa County Recorder, Michigan.

Further affiant sayeth not!

ALL RIGHTS RESERVED,
FOR COPY-CLAIM the art " AARICK CHAD ASMUS"© and any/all derivatives thereof.

By Aarick Chad Asmus
Debtor, Grantor

ACCEPTANCE
By _____ *no dolus*
Honourable , Aarick Chad Asmus living soul, sui juris, Agent, a lawful ███ and article 9 entity.

This document prepared by Aarick Chad Asmus

ACKNOWLEDGMENT/NOTARY

Chippewa County Courthouse
Michigan
united states of America
*original jurisdiction*

The above affiant, personally known to Me, or proved to Me on the basis of satisfactory evidence, to be the one whose address (Aarick Chad Asmus) and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and not misleading.

Duly subscribed and sworn on this ___6ᵗʰ___ day of ___February___, 2023.

(seal)

X_____
Notary Public

STEVEN WOODGATE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF CHIPPEWA
My Commission Expires September 19, 2025

Aarick Chad Asmus    Declaration of Copyright for AARICK CHAD ASMUS©    Page 3 of 3

Aonick C Asmus
11581 w IRIsh Lin Rd
BRimlg MI 49715

Retail




RDC 99

48226

U.S. POSTAGE PAID
FCM LG ENV
BRIMLEY, MI 49715
NOV 16, 2023

**$1.59**

R2308M154766-02

US District Court
Eastern dist of Michigan
ATTn Judge Paul D Borman
U S Courthouse
231 West Lafayette Blvd.
Detroit, MI 48226