UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARICK C. ASMUS,

    Plaintiff,

v.

IRS,

    Defendant.

                                        /

Case No.   2:23-cv-00237

Hon.  Jane M. Beckering
U.S. District Judge

## REPORT AND RECOMMENDATION

Aarick C. Asmus filed a complaint on October 20, 2023, asserting an unusual claim against the IRS, Department of Treasury.  (ECF No. 1.)  Asmus paid the filing fee and is not proceeding *in forma pauperis*.  As a result, Asmus is responsible for properly serving his complaint on Defendant.  Asmus states that he is entitled to a "unified tax credit under public law 73-10 HJR 192 for a total of 23.7 million dollars and my court costs."  (*Id.*, PageID.4.)  That is essentially the entirety of his claim.  The Court can only speculate or guess what the claim is based upon.  Asmus fails to assert any factual allegations or legal basis that could support his claim.

On January 8, 2024, the Court issued a Notice of Impending Dismissal due to Asmus's failure to serve his complaint on the IRS.  (ECF No. 13.)  The Court ordered Asmus to file a petition by January 23, 2024, stating that (A) the case should not be dismissed, (B) that the failure to serve Defendant was not Plaintiff's fault, (C) the reasons in detail why the case should not be dismissed, and (D) that service will

made on Defendant within 28 days. (*Id.*) Asmus has not filed the petition and he has failed to provide any reason for failing to properly serve Defendant and for not complying with Fed. R. Civ. P. 4(m).

Instead, on January 16, 2023, Asmus filed an unsigned Summons in A Civil Action that he claims to have sent to the IRS on or about January 12, 2024. (ECF No. 16.) Asmus has failed to show that he properly served the United States of America and the IRS as required by Rule 4. Asmus must properly serve the United States by complying with Fed. R. Civ. P. 4(i)(1) and by properly serving the IRS, Department of Treasury under Fed. R. Civ. 4(i)(2). Asmus has not complied with Rule 4, and he failed to follow this Court's order by providing a petition to the Court explaining this deficiency on or before January 23, 2024. For those reasons, it is respectfully recommended that the Court dismiss the complaint.

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b). Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated: February 9, 2024                         /s/ *Maarten Vermaat*
                                                                  MAARTEN VERMAAT
                                                                  U.S. MAGISTRATE JUDGE