UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AARICK C. ASMUS,

    Plaintiff,

v.

DEPARTMENT OF TREASURY, et al.,

    Defendants.

_____/

Case No. 2:23-cv-237

HON. JANE M. BECKERING

## **ORDER**

This is a civil action filed by a *pro se* litigant against the IRS, Department of Treasury. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 17) on February 9, 2024, recommending that Plaintiff's Complaint be dismissed. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 17) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED without prejudice for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: March 4, 2024

        /s/ Jane M. Beckering
        JANE M. BECKERING
        United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.